Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Eric Scott Pippin**  )   <br>  )  <br>  **Plaintiff,**  )  <br>  )  <br>  vs.  )  <br>  )  <br>  **Jack Campbell, Larry Beck,**  )  <br>  **William Smith and Sangamon County**  )  <br>  **Sheriff's Department.**  )  <br>  )  <br>  **Defendants.**  ) | Case Number: 20-3163 |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Eric Scott Pippin's action against Defendants Jack Campbell, Larry Beck, William Smith and Sangamon County Sheriff's Department is dismissed without prejudice.

**Dated: 10/6/2020**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court